# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANE PERRILLOUX, ET AL. | CIVIL ACTION |
| VERSUS | NO. 22-4529 |
| SHELTER MUTUAL INSURANCE COMPANY | SECTION "B"(2) |

## ORDER

Considering Plaintiffs Shane Perrilloux and Jamie Perrilloux, and Defendant Shelter Mutual Insurance Company's "Joint Motion to Dismiss" (Rec. Doc. 11),

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), all claims asserted by Plaintiffs Shane Perrilloux and Jamie Perrilloux against Defendant Shelter Mutual Insurance Company shall be and hereby are **DISMISSED WITH PREJUDICE**, each party to bear their/its own costs.

New Orleans, Louisiana this 19th day of October, 2023

SENIOR UNITED STATES DISTRICT JUDGE